Darell Ray High
TDC# 1558994
James V. Allred Unit
2101 F.M. 369 N.
Iowa Park, 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

January 4, 2015

Court of Criminal Appeals of Texas
Lousie Pearson, Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711
RE: Cause Number WR-77,942-01 and WR-77,942-02..Trial Court #2008-1771-C2A

Dear Mrs.Pearson;

On 7/2/2012 an application of Writ of Habeas Corpus was filed and received in said Court. As of this date, a disposition has not been presented to the Applicant. Could you please inform me as to the disposition of these cause numbers listed herewithin. Also I am requesting a dockett sheet for both of these cause numbers for my records. I wish to thank you for your time and assistance. I look forward to your response..

cc:file

Darell Ray High

X _Darell High_
TDC# 1558994
James V. Allred Unit
2101 F.M. 369 N.
Iowa Park, Tx 76367